# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEREMEY E. HARMON<br>*Defendant* | )<br>)<br>) Case No. CR-S-08-00547-DAD<br>)<br>) |

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 21 U.S.C. § 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of __12 months__ without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth on the next page of this order, and the following special conditions:

The defendant must:

1. Not commit another federal, state, or local crime.

2. Not possess a firearm or destructive device.

3. Submit to the search of his or her person, property, home, and vehicle by a United States probation officer, or any other authorized person sunder the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant must warn any other residents that the premises may be subject to searches pursuant to this condition.

4. Participate in a drug education program and/or correctional treatment (inpatient or outpatient) program, or both, to obtain assistance for drug or alcohol abuse, as directed by the probation officer.

5. Participate in a program of testing (i.e. breath, urine, sweat patch etc.) to determine if defendant has reverted to the use of drugs or alcohol, as directed by the probation officer.

6. Participate in a co-payment plan for treatment or testing and must make payment directly to the vendor under control with the United States Probation Office of up to $25 per month, as directed by the probation officer.

7. Shall complete 50 hours of unpaid community service as directed by the probation officer. Defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed within the first nine months of supervision.

Date: 6/17/09

_____
*Judge's signature*

DALE A. DROZD
*Printed name and title*

**Re:** Jeremey E. Harmon
   Case No.   2:08CR00547-01
   **PROBATION ORDER UNDER 18 U.S.C. § 3607**

### Defendant's Consent

I have read the proposed Probation Order Under 18 U.S.C. § 3607 and the Conditions of Probation, including the special conditions above. I understand that if I violate any conditions of probation, the Court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

I also understand that, if I was under age 21 at the time of the offense, I am entitled to have the record of my arrest and conviction expunged upon application.

Date:  6/16/09

_Defendant's Signature_

_Signature of Defendant's Attorney_

Michael Petrik, Assistant Federal Defender
_Printed Name of Defendant's Attorney_

### Conditions of Probation

While on probation, you must:

1) not leave the judicial district without the permission of the Court or probation officer;

2) report to the probation officer and submit a truthful and complete written report within the first five days of each month;

3) answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) support any dependents and meet other family responsibilities;

5) work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) notify the probation officer at least ten days prior to any change in residence or employment;

7) refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) not associate with any persons engaged in criminal activity, or convicted of a felony, unless granted permission to do so by the probation officer;

10) permit a probation officer to visit you at any time at home or elsewhere and permit the confiscation of any contraband observed in plain view of the probation officer;

**Re:**   **Jeremey E. Harmon**
        Case No.   2:08CR00547-01
        **PROBATION ORDER UNDER 18 U.S.C. § 3607**

11) notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and,

13) notify third parties as directed by the probation officer of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and permit the probation officer to make such notifications and to confirm the defendant's compliance with the notification requirement.