# UNITED STATES DISTRICT COURT
for the

__EASTERN__   DISTRICT OF   __CALIFORNIA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:08CR00547 |
| ) | |
| JEREMEY E. HARMON ) | |
| *Defendant* ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**   The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:   March 21, 2011

*Judge's Signature*

DALE A. DROZD, United States Magistrate Judge
*Printed Name and Title*

CC:   Assistant United States Attorney